DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WILLIAM RICHARD HEAGNEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2834

_____

April 3, 2024

Appeal from the Circuit Court for Sarasota County; Anthony Johnson,
Senior Judge and Thomas W. Krug, Judge.

Howard L. Dimmig, II, Public Defender, and Andrea M. Norgard,
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes,
Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

       Affirmed.

SLEET, C.J., and NORTHCUTT and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.